RCV'D - USDC - CHAS, SC
2026 JUL 14 PM2:15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

BOYD HINTON

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

BRIAN BRYANT

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:26-cv-2830-DCN-MHC
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☑ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — *HINTON, Boyd*
Street Address — *P.O. BOX 60503*
City and County — *NORTH CHARLESTON , CHARLESTON CO.*
State and Zip Code — *SC 29419*
Telephone Number — *(854) 253 6862*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name — *BRYANT, Brian*
Job or Title (if known) — *INTERNATIONAL PRESIDENT OF THE IAM*
Street Address — *9000 MACHINISTS PLACE*
City and County — *UPPER MARLBORO , PRINCE GEORGE CO.*
State and Zip Code — *MD 20772*
Telephone Number — *(301) 967 4500*

Defendant No. 2

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number

Defendant No. 3

Name

2

|                        |   |
|------------------------|---|
| Job or Title (if known) | _____ |
| Street Address         | _____ |
| City and County        | _____ |
| State and Zip Code     | _____ |
| Telephone Number       | _____ |

Defendant No. 4

|                        |   |
|------------------------|---|
| Name                   | _____ |
| Job or Title (if known) | _____ |
| Street Address         | _____ |
| City and County        | _____ |
| State and Zip Code     | _____ |
| Telephone Number       | _____ |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_29 U.S.C Chapter 11, as amended_
_(LMRDA)_

3

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.     If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.     If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE MY "A COMPLAINT FOR CIVIL ACTION", p 8 - 12 of 14,

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE MY "A COMPLAINT FOR CIVIL ACTION" p. 13 of 14

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 14 , 20 26

Signature of Plaintiff

Printed Name of Plaintiff _____ Boyd Hinton _____

### B.     For Attorneys

Date of signing: _____ , 20__ .

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____

6

IN THE UNITED STATES DISTRICT COURT

RCV'D – USDC – CHAS, SC
2026 JUL 14 PM2:14

FOR

THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

BOYD HINTON,

*Plaintiff*

v.                                                                CASE NO.

                                                                  This is No Request by Jury Trial

BRIAN BRYANT – International President

of the International Association of Machinists and

Aerospace Workers (aka: IAM; or the Union; or the Parent Union), AFL-CIO;

JOHN DOES 1-10 and JANE DOES 1-10,

*Defendant*

# A COMPLAINT

# FOR

# CIVIL ACTION

## INTRODUCTION

1. **This complaint involves a Federal Question regarding 29 U.S.C Chapter 11, as amended, known as the Labor-Management Reporting and Disclosure (Procedure) Act of 1959, or "this Act", or known with the acronym as LMRDA.**

2. This lawsuit challenges the actions, and/or behaviors, of the Defendant infringing on rights to freedom of speech and assembly with other union members to discuss the subject regarding the National Federation of Federal Employees (NFFE) to terminate its affiliation with the IAM as the parent union, or the "IAM parent body[1]".

3. The NFFE has an affiliation agreement with the IAM. The IAM is the parent body to NFFE in which NFFE comprises of many other Federal Locals dispersed U.S. wide – one of which is Federal Local 1998 (aka FL1998, or aka Local 1998, or "1998"). FL 1998 shares the same designation number with another IAM union known as Local Lodge (LL) 1998 in Honolulu HI. LL 1998 in Hawaii is comprised of federal employees and of private sector employees[2] affiliated with the IAM like FL1998; however, LL 1998 is not affiliated with NFFE.

4. This complaint begins because I had e-mailed to the Union leadership, including notifying Brian Bryant[3] (IP of IAM "parent body"), expressing NFFE to terminate its affiliation with the IAM. I had included requests for receiving membership contact information from Bryant so meetings between me and other NFFE union members could take place in order to discuss NFFE terminating affiliation with the IAM and this included requesting procedures.

5. Bryant decided to appoint an IAM "special trial committee" for misconduct charges claiming me as "conduct unbecoming a member" and I was specifically charged with "attempting…. succession from the IAM" under the IAM's Constitution Article L.

---

[1] Declared in number 56 within the <u>Form LM-3 Labor Organization Annual Report</u> made to the U.S. Dept of Labor by Brian Bryant of the IP of IAM when he filed on behalf of FL1998 in back in May 2026.

[2] <u>http://iam1998.org/about.htm</u>

[3] For brevity, Brian Bryant of the IAM IP shall be referred to within this complaint as his last name "Bryant"

6. Bryant's action, and/or behavior, in my complaint asserts how he has infringed on my rights to the "Bill of Rights", such as "Freedom of Speech and Assembly"; including, "Standards for labor-management relations".

7. Bryant's actions, and/or behavior, also shows a disregard to protections and rights regarding the exercise of membership action by a dues paying member known in U.S. labor practice as the "Montrose Doctrine" for implementing a disaffiliation with a parent union.

## RELEVANT LEGAL AUTHORITIES.

8. The IAM Constitution governs the relationship between IAM and its members and its subordinate locals and its district locals and constitutes a binding contract enforceable under federal law.

9. The IAM Constitution provides a provision called Article L that contains its internal "due process" procedures, and it provides charges for improper conduct, trial and appeal procedures; and it also, contains types of penalties for improper conduct to be imposed against members "which shall warrant a reprimand, fine, suspension and/or expulsion from membership, or any lesser penalty or any combination of these penalties as the evidence may warrant after written and specific charges and a full hearing as hereinafter provided: ... Attempting, inaugurating, or encouraging secession from the IAM".

10. The LMRDA provides "Congressional declaration of findings...: (a) Standards of labor-management relations", ...; and "Bill of Rights...: (a)(2) Freedom of Speech and assembly, ..."; and Miscellaneous Provisions: ... § 529 Prohibition on certain discipline by labor organization...".

11. The LMRDA § 411(b) provides that "Any provision of the constitution and bylaws of any organization which is inconsistence with the provision of the section shall be of no force or effect".

## JURISDICTION AND VENUE.

12. The U.S. District Court of South Carolina, the Charleston Division, is the proper jurisdiction under and 28 U.S.C. §§1331 and 2201.

13. South Carolina is where the events giving rise to this action, such as to "where to alleged violation occurred", for the Labor-Management Reporting and Disclosure Procedure/Act (LMRDA 29 U.S.C. § 412) with the purposes of jurisdiction[4].

14. Venue is proper in this District pursuant to 28 U.S.C §1391 as this is my residence and all events giving rise to this filing occurred here, such as all correspondence to the IAM and me were emailed, and/or mailed, from my residence in South Carolina to the IAM (and NFFE); and then, IAM correspondence was mailed back to my residence in South Carolina with the service of charges with Article L Improper Conduct as a Member SEC 3.

15. The occurrences supporting my complaint are also in accordance with the 29 U.S.C. §529. "Prohibition on certain discipline by labor organization" of the LMRDA providing that "412 of this title shall be applicable in the enforcement of this section"

## PARTIES.

16. I am a member in good standing with the "IAM parent body", and I must pay of large portion of my dues to the IAM first, then pay a less large portion of dues next to NFFE, and finally then a lesser portion of dues to FL1998 (**Enclosure A**). I currently hold no position as union officer, no position as a union representative, or no other union office, and no other union appointment with title in the union - except that of a dues paying member. My employer is not the IAM.

---

[4] FL 1998 has no "principal office" because all its members are geographically dispersed in various passport offices located in different states U.S. wide. However, on a recent LM-3 form, FL 1998 has mailing address that appears as affiliated to *maybe* a single-family residence as 672 Central Avenue in Dover NH when the address was queried on the Internet (Form LM-3 Labor Organization Annual Report. File Number 515-226, dated and signed by Bryant on May 12, 2026, can be viewed in its entirety on the U.S. Dept of Labor's website in the Online Public Disclosure Room under the tab Union Search).

17. FL1998 is subordinate and affiliated to NFFE, and FL 1998 includes being subordinate to IAM[5] (**Enclosure B**), and all NFFE (NFFE is also known as FD1 or Federal District 1) is subordinate to the IAM[6] and the NFFE's principal office is in Washington DC at the documented address on the LM report (**Enclosure C**).

The "International as the *supreme* head of all such Locals and Districts under its jurisdiction[7]", as the IAM declares in its Constitution at Article I Sec 3.

18. The Defendant is Bryant and he is the International President (IP) of the IAM. Bryant also appoints IAM employees to IAM positions and has appointed IAM Assistant Coordinator Gerald McCarty[8] as an employee in the IAM, and Bryant has also appointed Gerald McCarty as the IAM Deputy of FL1998. IAM Assistant Coordinator & IAM Deputy of FL1998 Gerald McCarty is the IAM employee identified, without his title, that is named as filing the "Article L Charges Against Brother[9] Boyd Hinton" on behalf of the IAM IP against me for misconduct charge specifically of "attempting, inaugurating, or encouraging succession from the IAM". The IP's, and the IAM's, principal office is in Maryland, address is at: 9000 Machinists Place, Upper Marlboro, MD 20772.

19. Defendant Bryant is sued in his official capacity as the IP of the IAM for his actions, and/or behaviors. Bryant decided to implement and appoint the IAM "special trial committee" after his IAM employee Gerald McCarty had filed "Article L Charges Against [me]".

---

[5] **Enclosure B**: LM-3 Report filed May 12, 2026, see 56. Additional Information Summary Question 21: "*IAM parent body* **files the updated Constitution effective January 1, 2025**".

[6] **Enclosure C**: LM-2 Report filed March 25, 2026, File Number 500-000, by President Randy Erwin of NFFE. Schedule 14 – **Other Receipts "*IAM-Parent Union*"**.

[7] IAM Constitution Article 1 Section 3. (See *Hinton vs Bryant*, 2:25-cv-13663-DCN, ECF # 20-2, 20-3, 34-2, 34-3; ECF # 48 footnote 7 & 9).

[8] Form LM-2 Labor Organization Annual Report, File Number 000-107, signed and dated by Bryant on March 31, 2026. Disbursements to Employees: Schedule 12 "Gerald McCarty – Assistant Coordinator". (Full and complete LM report can be viewed on the U.S. Dept of Labor website, Online Public Disclosure Room under the section Union Search)

[9] I have no blood relationship as a family member with Gerald McCarty, and I have no lawful or no legal family relationship with Gerald McCarty.

## EVIDENCE, FACTS: THE OCCURRENCES.

20. I emailed, and mailed, written Memorandums/Memos to Union leadership reasons for "NFFE to terminate its affiliation with the IAM[10]".

21. In addition to, I requested from Union leadership "information[11]" regarding NFFE's "affiliation agreement[12]" with the IAM, with a due dates to provide me with this information, for me "to share & distribute (i.e. members) in order to further the lawful right to exercise notice and procedures for NFFE to terminate its affiliation with the IAM[13]" with other NFFE members. Bryant did not respond and he did not provide the requested evidence.

22. In addition to, I requested to "notice and procedures[14]" for NFFE to terminate its affiliation with the IAM, with proposed dates to begin implementation. Bryant did not respond and he did not provide any proposal dates to begin implementation.

23. In addition to, I requested "information[15]" regarding "NFFE members Contact Information" in order to contact NFFE members via email, or mail, or phone call, or a combination of[16]" regarding my Memos made to the Union leadership. I requested a date for me to receive this information from the IAM, but Bryant did not respond and he did not provide the requested evidence.

24. In addition to, I requested that Bryant make arrangements to assist with the discussion by holding "meetings[17]" for NFFE Members on the subject of NFFE termination affiliation with the IAM calling for "Comments, Remark, Period[18]", and I also proposed dates, and additional

---

[10] Memorandum dated April 21, 2026, and an Amended Memorandum April 23, 2026.
[11] Memorandum dated April 22, 2026.
[12] Id.
[13] Memorandum dated May 8, 2026, and Memorandum date May 21, 2026.
[14] Memorandum dated May 19, 2026.
[15] Memorandum dated May 8, 2026, Memorandum dated June 19, 2026, and Memorandum dated June 25, 2026.
[16] Memorandum dated May 8, 2026.
[17] Memorandum dated May 19, 2026, and Memorandum dated June 19, 2026.
[18] Id.

"Procedures[19]" for members to "vote[20]" to decide if to terminate affiliation with the IAM. Bryant did not respond and he did not provide my request for arranging "meeting[21]" with other NFFE Members to discuss this subject.

25. I had even provided the right to security that "A NFFE member(s) will not be disciplined with an Article L, and/or not subject to any reprisals, by the IAM or any member of the union or by any employees of the Union, including affiliates for participation in the Comment, Remark Period[22]". Bryant did not respond back to that either.

26. In my written Memo to Bryant for a "Procedure" for NFFE to terminate its affiliation with the IAM, I expressed and proposed arrangements for dues paying members that "This procedure to vote by secret ballot would assure that the IAM would not discipline, and/or not reprise, and that a member be protected against any violence, when the NFFE member has made their decision[23]".

27. I had made another Memo and emailed Bryant and other Union leadership, and mailed this Memo, for a "Follow Up[24]" on June 19, 2026, but Bryant did not respond.

28. I had requested additional follow up to Bryant, and IAM General Vice President of the IAM Jody Bennett and other Union leadership, on June 25, 2026, and requested a due date with a response and for my request to information (**Enclosure D**). Bryant did not respond, and he did not provide the requested information.

29. I had requested "information" on June 28, 2026, regarding evidence "to prepare my defense" for a "discipline hearing/ trial" for the charges that the IAM had filed against me specifically for "attempting…secession from the IAM" – in which I had included a due date for the IAM

---

[19] Id.
[20] Id.
[21] Memorandum dated May 19, 2026.
[22] Id.
[23] Id.
[24] Memorandum dated June 19, 2026.

to respond back to me and for the IAM provide me with my requested evidence. Bryant did not respond and he did not provide the requested evidence.

30. On May 29, 2026, I received, left on my front porch at my residence, official service with a package from the IAM that contained Memos and written IAM correspondence with claims that I had acted in violation of the IAM Constitution with misconduct claiming my "conduct unbecoming as a member" to be specifically charged with "attempting, inaugurating, or encouraging secession from the IAM" because of expressing that NFFE terminate its affiliation with the IAM (**Enclosure E**).

## CLAIMS.

I.    **First Claim:**

### A.  Violation of the LMRDA § 411 (a)(2) Freedom of Speech…: "; _and to express any views, arguments, or opinions;_"

31. I incorporate by reference all preceding paragraphs as if fully set forth herein.

32. Bryant' actions, and/or behaviors, infringes by violating my right to "; _and to express any views, arguments, or opinions;_" because he prevents, and/or stifles, or reprises "Freedom of Speech". I had made in writing to the Union leadership reasons for "NFFE to terminate its affiliation with the IAM"; then afterwards, Bryant implements and appoints an IAM "special trial committee" to begin charges for "attempting…secession from the IAM" in order to prevent, and/or to stifle, or reprise, me for exercising the rights to "Freedom of Speech".

33. I request Relief for this action that is claimed.

### B.  Violation of LMRDA § 411 (a)(2) Freedom of …and Assembly: "_Every member of a labor organization shall have the right to meet and assemble freely with other members;_"

34. I incorporate by reference all preceding paragraphs as if fully set forth herein.

35. Bryant' actions, and/or behaviors, infringes by violating my right to "; *meet and assemble freely with other members;*" because he prevents, and/or stifles, or reprises "Freedom of Assembly". I was denied information by Bryant in order for me to contact members and I was denied the assistance from the IAM for having "meetings" with NFFE members; therefore, I could not, "; *meet and assemble freely with other members;*" on the subject of NFFE to terminate its affiliation with the IAM.

Instead, and afterwards, Bryant implements and appoints an IAM "special trial committee" to begin charges for "attempting…secession from the IAM" to prevent, and/or to stifle, or to reprise, me for my exercising the rights to "Freedom of Assembly".

36. I request Relief for this action that is claimed.


C. <u>Violation of LMRDA § 411 (b) Invalidity of constitution and bylaws</u>: *"Article L CODE, Improper Conduct of a Member SEC 3…Attempting, inaugurating, or encouraging secession from the IAM;"*

37. I incorporate by reference all preceding paragraphs as if fully set forth herein.

38. *"Attempting, inaugurating, or encouraging secession from the IAM;"* is <u>*not*</u> reasonable rules as the responsibility of every member toward the organization as an institution and to his [<u>*not*</u>] refraining from conduct that would [<u>*not*</u>] interfere with its performance of its legal or contractual obligations[25]".

39. My memos to Union leadership "expressing" and "exercising rights to meet and assemble freely with other members" regarding "to terminate/disaffiliation[26]" with a parent union has been documented with various other cases in U.S. labor law[27]. Dues paying members decide to take membership action within locals to separate from the parent union that is supported to

---

[25] §411 (a)(2).

[26] Or, labeled/described also as "succession".

[27] This includes implementing procedures to disaffiliate from any parent union is documented with a U.S. labor policy that has been available and exercised by union members.

be protected by "freedom of speech and assembly" when exercised by union member(s), such as myself.

40. The IAM rule that is being used in its Constitution to enforce the provision Article L Improper Conduct of a Member Sec 3 with the specific charge "*Attempting, inaugurating, or encouraging secession from the IAM;* "is inconsistent with the provisions of this section[28]".

41. I request Relief for this action that is claimed.

## II. Second Claim:

**Violation of the LMRDA § 401. Congressional declarations of findings, purposes and policy - (a) Standards for labor-management relations: "The Congress finds that, in the public interest, it continues to be the responsibility of the Federal Government to protect employees' right to organize, choose their own representatives, … , and otherwise engage in concerted activities for their mutual aid or protections…"** (*added stress emphasis by me*).

42. I incorporate by reference all preceding paragraphs as if fully set forth herein.

43. My memos to Union leadership is requesting "information, meetings, and procedures" are the exercised rights to meet and "organize" with other members regarding "to terminate/disaffiliation[29]" with a parent union - in which there is a right to "choose their own representative".

44. Bryant implements and appoints an IAM "special trial committee" to begin specific charges against me for "attempting…secession from the IAM" to prevent, and/or to stifle, or to reprise, my exercising the "rights to organize, choose their own representative…, and otherwise engage in concerted activities for their mutual aid or protection".

45. The IAM rule in its Constitution that is being used to enforce its provision Article L Improper Conduct of a Member Sec 3 with the specific charge "*Attempting, inaugurating, or*

---

[28] §411(a)(2).
[29] Or, labeled/described also as "succession".

*encouraging secession from the IAM;* deprives and violates "the responsibility of the Federal Government [in §401(a)] to protect employees' rights to organize, choose their own representative..., and otherwise engage in concerted activities for their mutual aid or protection".

46. Since Bryant implements and appoints an IAM "special trial committee" to begin specific charges against me for "attempting...secession from the IAM" to prevent, and/or to stifle, or to reprise, my exercising the "rights to organize, choose their own representative..., and otherwise engage in concerted activities for their mutual aid or protection" regarding the issue with for NFFE to terminate its affiliation with the IAM – "Parent Union"; then Bryant therefore, deprives and violates "the responsibility of the Federal Government [in §401(a)] to protect employees' rights to organize, choose their own representative..., and otherwise engage in concerted activities for their mutual aid or protection".

47. I request Relief for this action that is claimed.


### III.    Third Claims:

### A.    <u>Declaratory Relief per 28 U.S.C §2201 for §411 "Bill of Rights..." 29 U.S.C Chapter 11</u>

48. An actual controversy exists concerning U.S. labor laws for "Freedom of speech and assembly" and between how the IAM's enforcement with a rule for charging discipline against a member for "Attempting, inaugurating, or encouraging secession from the IAM" when "every member of any organization (e.g.dues paying members of the NFFE) shall have the right to meet and assembly freely with other members;" in order to "; and to express any views, arguments, or opinions;" regarding to terminate NFFE's affiliation with the IAM as the parent union - without him/her, or they, or me, being disciplined, or reprised towards, by the IAM parent Union.

49. I seek a declaration that Bryant's actions to enforce a misconduct charge claiming my "conduct unbecoming of a member" by specifically charging me with "attempting, inauguration, or encouraging secession from the IAM" as unlawful and it is voided, and/or it "shall be of no force or effect".

50. I request Relief for this action that is claimed.

## B. Declaratory Relief per 28 U.S.C. §2201 for §401 "Congressional declaration of findings…" 29 U.S.C. Chapter 11.

51. An actual controversy exists concerning U.S. labor laws for when "the Federal government to protect employees's right to organize, choose their own representative, … and otherwise engage in concerted activities for their mutual aid or protection" and between how the IAM's enforcement with a rule for charging discipline against a member for "Attempting, inaugurating, or encouraging succession from the IAM" when dues paying members of the NFFE can have the Federal government's "protect[ion]" for the ability to "organize" and decide the "[choice]" to terminate NFFE's affiliation with the IAM as the parent union - without him/her/they, or me, being disciplined, or reprised towards, by the IAM parent union.

52. I seek a declaration that Bryant's actions to enforce a misconduct charge claiming my "conduct unbecoming a member" by specifically charging me with "attempting, inauguration, ,or encouraging secession from the IAM" as unlawful and it is voided, and/or that it is an instance to "other failures to observe high standards of responsibility and ethical conduct which require further and supplementary[30] legislation that will afford necessary protection of the rights and interests of employees and the public generally as they relate to the activities of *labor organizations, …, and their officers and representatives*" (*stress emphasis added by me*).

53. I request Relief for this action that is being claimed.

---

[30] i.e. 28 U.S.C. §2201 - Creation of Remedy.

## REQUEST FOR RELIEF/REMEDY(IES).

54. The Court issue an Order that the IAM Constitution provision Article L "shall be of no force or effect".

55. The Court issue an Order that Bryant provide me with all my requests for "information" and also a Court Order that I be provided with any/all of my other requests that were made in all of my Memorandum to Union leadership, which includes my written requests I made to Bryant, to be provided to me by Bryant within at least 30 days after an Order.

56. The Court awards any other relief, as appropriate, that may be requested by me.

57. Award costs, attorneys' fee, and such other relief as the Court deems just and proper, and as such in accordance with the LMRDA[31].

Respectfully Submitted,

_, pro se_

Boyd Hinton
Plaintiff and Pro se,
Member of the IAM, NFFE-FL1998, AFL-CIO,

Address and Contact:
P.O. Box 60503
North Charleston, SC 29419

e-mail: bpod396insc@gmail.com

Phone: (854) 253 6862

Dated : July 14, 2026.

---

[31] "The court in such action may, in its discretion, in addition to any judgement awarded to the plaintiff or plaintiff's, allow a reasonable attorney's fee to be paid by the defendant, and the costs of the action".